UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHIPPEWA VALLEY HOSPITAL & )
OAKVIEW CARE CENTER, INC., et al., )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　)
vs. ) Civil Action No. _____
　　　　　　　　　　　　　　　　　　)
MICHAEL O. LEAVITT, Secretary )
U.S. Department of Health and )
Human Services, )
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant. )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of any plaintiffs which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　　　　　Attorney of Record

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christopher L. Crosswhite
　　　　　　　　　　　　　　　　　　D.C. Bar No. 450927
　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　1667 K Street, N.W., Suite 700
　　　　　　　　　　　　　　　　　　Washington, DC 20006-1608
　　　　　　　　　　　　　　　　　　(202) 776-7846 (phone)
　　　　　　　　　　　　　　　　　　(202) 776-7801 (fax)

Date: December 27, 2007

DM2\1334723.1