CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHIPPEWA VALLEY & OAKVIEW )
CARE CENTER, et al. )
)
)
)
Plaintiff )
)
)
v. ) Civil Case Number 07-2329 (RBW)
)
)
MICHAEL O. LEAVITT, Secretary of ) Category    C
HHS )
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on December 31, 2007 from Judge Ellen S. Huvelle to Judge Reggie B. Walton by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:   Judge Huvelle & Courtroom Deputy
      Judge Walton & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk