UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIPPEWA VALLEY HOSPITAL<br>& OAKVIEW CARE CENTER, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civ. Action No. 07-2329 (ESH) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel for Defendant in the above-captioned case.

                                        Respectfully submitted,

                                        /s/
                                        CHRISTOPHER B. HARWOOD
                                        N.Y. Bar No. 4202982
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-0372