AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1-2-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Christopher L. Crosswhite | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail/Return Receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 23 2008          *[signature]*
            Date                  Signature of Server

1667 K Street, N.W., #700, Washington, DC
                                          20006
Address of Server

---

2. Article Number: 7160 3901 9845 0590 9185

3. Service Type: CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:
Michael O. Leavitt, Secretary
U.S. Dept. of Health/Human Services
200 Independent Avenue, S.W.
Washington, DC 20201
US

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): L Awlena
B. Date of Delivery: 1-2-08
C. Signature: X *[signature]*  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

CERT00044794

PS Form 3811, January 2005    Domestic Return Receipt

(1) As to who may se[rve]