IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHIPPEWA VALLEY HOSPITAL & <br> OAKVIEW CARE CENTER, INC, et al., <br>       Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 1:07-CV-2329 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

  Undersigned counsel, Amy E. Powell, hereby enters her appearance as counsel for the defendant in the above-captioned case, in substitution for Christopher Harwood, whose appearance is withdrawn.

Dated: January 29, 2008

                  Respectfully submitted,
                  JEFFREY S. BUCHOLTZ
                  Acting Assistant Attorney General

                  JEFFREY A. TAYLOR
                  United States Attorney

                  SHEILA LIEBER
                  Deputy Director
                  Federal Programs Branch

                  /s/
                  AMY E. POWELL
                  Attorney (NY Bar)
                  U.S. Department of Justice
                  Civil Division, Federal Programs Branch
                  20 Massachusetts Avenue, N.W.
                  Washington, D.C. 20530
                  Telephone: (202) 514-9836
                  Facsimile: (202) 616-8202
                  Email: amy.powell@usdoj.gov