IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL O. LEAVITT, Secretary <br> U.S. Department of Health and <br> Human Services, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:07-CV-2329 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION FOR TRANSFER**

Counsel for the parties in this action, having conferred, hereby move for transfer of the case, pursuant to Federal Rule of Civil Procedure 42(a), for consolidated briefing and joint hearing with two similar cases now pending before the same judge. The following circumstances support this Joint Motion for Transfer.

1.  On January 31, 2008, the parties filed in this action a Joint Motion to Transfer Cases for Joint Hearing/Consolidation, proposing that this action and two other cases, *Caritas Medical Center v. Leavitt*, No. 07-cv-1889 ("*Caritas*") and *Baptist Memorial Hospital - Mississippi County, Inc. v. Leavitt*, No. 07-cv-2197 ("*Baptist Memorial*") be transferred to the same judge for consolidated briefing and hearing. The joint motion stated that the complaints in *Caritas* and *Baptist Memorial* were substantially identical to the complaint in this action and that the three cases involve common questions of law. Joint motions for transfer and joint hearing were also filed in *Caritas* and *Baptist Memorial* on the same date.

2.  On February 1, 2008, the Court entered a minute order denying the Joint Motion to Transfer Cases for Joint Hearing/Consolidation pursuant to Local Civil Rule 40.5(d). The order further stated that "this case is STAYED pending disposition of the motion to consolidate filed in Caritas Med. Ctr. V. Leavitt" and provided that the case is administratively closed.

3.  Local Civil Rule 40.5(d) indicates that "[m]otions to consolidate cases assigned to different judges of this court shall be heard and determined by the judge to whom the earlier-numbered case is assigned."[1] The earliest-numbered case of the three cases discussed in the joint motion is *Caritas*, currently pending in front of Judge Urbina.

4.  On February 11, 2008, Judge Urbina entered a minute order in the *Caritas* case granting the joint motion for transfer of the *Baptist Memorial* and *Chippewa* cases for consolidated briefing and hearing on summary judgment with the *Caritas* case. On February 12, 2008, the Court entered a notice of reassignment in the *Baptist Memorial* case indicating that the case was reassigned to Judge Urbina by direction of the Calendar Committee and further indicating that the case was transferred by consent.

5.  Accordingly, since Judge Urbina has granted the motion for transfer and joint hearing in *Caritas*, and since *Baptist Memorial* has been reassigned to Judge Urbina, the parties request that this action also be reassigned to Judge Urbina for consolidated briefing and hearing on summary judgment. The Court's prior order in this action provided that the case is stayed pending disposition of the motion for transfer and joint hearing in *Caritas*. Because the Court in *Caritas* has since acted on and granted that motion, the parties submit that transfer of this action

---

[1] Local Civil Rule 40.5 falls under the "Related Cases" subheading of the local rules and includes a rule for assigning related cases. This case, *Caritas*, and *Baptist Memorial* are technically not "related cases" within the meaning of this rule because they do not appear to involve common questions of fact or grow out of the same transaction. Thus, it is not clear whether section (d) of Local Civil Rule 40.5 is applicable.

2

to the same judge handling the *Caritas* and *Baptist Memorial* cases would be appropriate under Federal Rule of Civil Procedure 42(a) and Local Civil Rule 40.5(d) and would promote efficient adjudication of the common legal issues in these cases.

    6.       The parties request referral to the Calendar Committee if necessary under Local Civil Rule 40.5(e) for transfer of the case as contemplated in this joint motion.

February 26, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SHEILA LIEBER
Deputy Director, Federal Programs Branch

  /s/  _____
AMY E. POWELL
Attorney (NY Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Facsimile: (202) 616-8202
Email: amy.powell@usdoj.gov

*Attorneys for Defendant*

/s/_____
Christopher L. Crosswhite
D.C. Bar No. 450927
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, DC 20004-2166
(202) 776-7846 (phone)
(202) 776-7801 (fax)

Joanne B. Erde, P.A.
DUANE MORRIS LLP
200 S. Biscayne Boulevard
Suite 3400
Miami, FL 33131
(305) 960 2218

*Attorneys for Plaintiffs*

DM2\1380096.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL O. LEAVITT, Secretary U.S. Department of Health and Human Services, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 1:07-CV-2329 (RBW) ) ) ) ) ) ) ) |

### [PROPOSED] ORDER

Upon consideration of the joint motion for transfer of this case for joint hearing, and upon good cause found, it is hereby:

ORDERED, that the motion for transfer is GRANTED; and it is further

ORDERED, that this case is referred to the Calendar Committee.


Dated: _____

_____
Reggie B. Walton
U.S. DISTRICT JUDGE