CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CHIPPEWA VALLEY HOSPITAL )
    & OAKVIEW CARE CENTER, INC.)
    ET AL. )
                                Plaintiff )  Civil Case Number 07-2329 (RMU)
                                )
                                )  Category   C
MICHAEL O. LEAVITT )
                                Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on March 11, 2008 from Judge Reggie B. Walton to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Judge Urbina has agreed to the transfer for limited purpose)

                                                         ELLEN S. HUVELLE
                                                         Chair, Calendar and Case
                                                         Management Committee

cc:   Judge Urbina & Courtroom Deputy
       Judge Walton & Courtroom Deputy
       Liaison, Calendar and Case Management Committee

Case 1:07-cv-02329-RMU     Document 13     Filed 03/11/2008     Page 2 of 2