IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC, et al., Plaintiffs, | ) ) ) ) ) |
| v. | ) Civil Action No. 1:07-CV-2329 (RMU) ) |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, Defendant. | ) ) ) ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Undersigned counsel, Kyle R. Freeny, hereby enters her appearance as counsel for the defendant in the above-captioned case, in substitution for Amy E. Powell, whose appearance is withdrawn.

Dated: July 1, 2008

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

SHEILA LIEBER
Deputy Branch Director, Federal Programs Branch

/s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov
*Counsel for Defendants*