IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC., et al., <br>        Plaintiffs, <br><br> v. <br><br> MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, <br>        Defendant. | Civil Action No. 1:07-CV-2329 (RMU) |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant Michael O. Leavitt, Secretary of the United States Department of Health and Human Services, hereby files with this Notice the Administrative Record for this action, too voluminous to be filed on the electronic record. A paper copy and an electronic copy are being filed with the Clerk's Office. This filing includes the proceedings before the Provider Reimbursement Review Board for the *Chippewa Valley* group of plaintiffs (4 volumes or 1 CD-ROMs). The partial rulemaking record which applies to all three actions subject to consolidated briefing was filed separately in the case *Caritas Medical Center v. Leavitt*, No. 07-1889 (4 volumes or 1 CD-ROM). The Record is being maintained in the case file in the Clerk's Office. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Dated: July 1, 2008            Respectfully submitted,

                      GREGORY G. KATSAS
                      Acting Assistant Attorney General

                      JEFFREY A. TAYLOR
                      United States Attorney

SHEILA LIEBER
Deputy Branch Director, Federal Programs Branch

/s/ Kyle R. Freeny
KYLE R. FREENY (California Bar # 247857)
Trial Attorney
U.S. Department of Justice, Civil Division
P.O. Box 883, Washington, DC  20044
Telephone:  (202) 514-5108
Facsimile:   (202) 616-8202
Email:  Kyle.Freeny@usdoj.gov

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIPPEWA VALLEY HOSPITAL & OAKVIEW CARE CENTER, INC, et al.,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services,<br>　　　　　　　Defendant. | Civil Action No. 1:07-CV-2329 (RMU) |

### CERTIFICATE OF SERVICE

Undersigned counsel, Amy E. Powell, hereby certifies that on or about March 3, 2008, a copy of the records for the proceedings before the Provider Reimbursement Review Board for the *Chippewa Valley* group of plaintiffs (4 volumes, 1 CD-ROM), was sent via Federal Express to:

　　Christopher Crosswhite
　　DUANE MORRIS LLP
　　505 9th Street N.W., Suite 1000
　　Washington, D.C. 20004-2166

　　　　　　　　　　　　　　　　　　　　/s/Amy E. Powell
　　　　　　　　　　　　　　　　　　　　AMY E. POWELL

Dated: July 1, 2008